81 A.3d 882

**CITY OF PITTSBURGH and UPMC Benefit Management Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MARINACK), Respondent.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board (Robinson),* 620 Pa. 345, 67 A.3d 1194 (2013).